UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
OMAR ABDULWAHAB,                        :
                        Petitioner,     :
                                        :   09 Civ. 3128
            -v-                         :   (DLC)(MHD)
                                        :
MICHAEL B MUKASEY, Attorney General     :   ORDER
of the United States, and MICHAEL       :
CHERTOFF, Secretary of the Department   :
of Homeland Security, WAYNE MULLER,     :
United States ICE Field Director for    :
New York, and ED RILEY, Facility at     :
Varick Street,                          :
                        Respondents.    :
                                        :
----------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #: _____
DATE FILED: 5/1/09

DENISE COTE, District Judge:

The petitioner having been removed from the United States on March 26, 2009, it is hereby

ORDERED that his petition for a writ of habeas corpus filed on April 1, 2009 is denied as moot. The Clerk of Court shall close the case.

SO ORDERED.

Dated:   New York, New York
         May 1, 2009

                                    _____
                                           DENISE COTE
                                    United States District Judge